UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JANE DOE,

         Plaintiff(s),

vs.

APPLE INC.,

         Defendant(s).

2:26−cv−02178−ART−EJY

MINUTE ORDER

July 17, 2026

PRESENT:
The Honorable __Anne R. Traum__, U.S. District Judge

Deputy Clerk: __Angel Zamora__        Recorder/Reporter: __None Appearing__

Counsel for Plaintiff(s): __None Appearing__    Counsel for Defendant(s): __None Appearing__

     The above−entitled action was received on 07/15/2026 pursuant to a court order directing transfer from the Northern District of California and assigned case number 2:26−cv−02178−ART−EJY . All future documents filed with this court shall bear said correct case number.

     IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case Only by **07/31/2026**. This form is available on the court's website at www.nvd.uscourts.gov.

     IT IS FURTHER ORDERED that counsel shall have until **08/16/2026**, to file a Joint Status Report which shall:

    1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

    2. Include a statement by counsel of action required to be taken by this Court.

                       DEBRA K. KEMPI, CLERK

                    By: /s/ Angel Zamora

                    Deputy Clerk